UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS J. MOORE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MENDOZA,<br><br>　　　　　Defendant. | Case No. 1:20-cv-00930-SKO (PC)<br><br>ORDER TRANSFERRING CASE TO THE SACRAMENTO DIVISION OF THE EASTERN DISTRICT OF CALIFORNIA |

　　　　Plaintiff, a state prisoner proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983. According to the allegations in Plaintiff's complaint (Doc. 1), Plaintiff's claims arose in Solano County, which is part of the Sacramento Division of the United States District Court for the Eastern District of California. Therefore, the complaint should have been filed in the Sacramento Division.

　　　　Pursuant to Local Rule 120(f), a civil action that has not been commenced in the proper court may, on the court's own motion, be transferred to the proper court. Accordingly, IT IS HEREBY ORDERED that:

1. This action is transferred to the United States District Court for the Eastern District of California sitting in Sacramento.
2. All future filings in this matter shall use the new Sacramento case number assigned and shall be filed at:

United States District Court
Eastern District of California
501 I Street, Suite 4-200
Sacramento, CA 95814

3. This court has not ruled on Plaintiff's request to proceed *in forma pauperis* (Doc. 2).

IT IS SO ORDERED.

Dated: __**July 9, 2020**__                             /s/ *Sheila K. Oberto*
                                                UNITED STATES MAGISTRATE JUDGE

2