UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS J. MOORE,<br><br>        Plaintiff,<br><br>   v.<br><br>CORRECTIONAL OFFICER MENDOZA,<br><br>        Defendant. | No. 2:20-cv-1397 KJN P<br><br><br>ORDER |

     Plaintiff is a state prisoner, proceeding pro se and in forma pauperis. Plaintiff seeks relief under 42 U.S.C. § 1983. On July 15, 2020, plaintiff's complaint was dismissed, and he was granted leave to file an amended complaint. On August 24, 2020, plaintiff filed his amended complaint.

     Plaintiff's original complaint was dismissed because he failed to include sufficient allegations as to his claim against defendant Mendoza for the court to determine whether plaintiff could state a claim for excessive force. (ECF No. 5.) Plaintiff's amended complaint is a one-page account of what transpired on July 5, 2019, and it appears plaintiff can state a potential excessive force claim against Correctional Officer Mendoza. However, because plaintiff did not provide essential elements of a pleading, for example, clearly identifying Mendoza as the named defendant, or setting forth the relief plaintiff seeks, plaintiff must again amend his pleading. Fed. R. Civ. P. 10. The court requires plaintiff to file his second amended complaint on the court's

form so that all essential portions of the pleading are provided.  For example, plaintiff may wish to attach his recently-submitted account to the original complaint and re-file it as his second amended complaint.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's amended complaint is dismissed.

2. Within thirty days from the date of this order, plaintiff shall file a second amended complaint that complies with the instant order, the July 15, 2020 order, as well as the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice.  The second amended complaint must also bear the docket number assigned to this case and must be labeled "Second Amended Complaint."

Failure to file an amended complaint in accordance with this order may result in the dismissal of this action.

3. The Clerk of the Court is directed to send plaintiff the form for filing a civil rights complaint by a prisoner, as well as the following documents that do not bear the court's banner: (a) a copy of pages 1-3 and 6 of the original complaint (ECF No. 1 at 1-3, 6), and (b) page one of plaintiff's amended complaint (ECF No. 9 at 1).

Dated:  August 26, 2020

/moor1397.amd2

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE