UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS J. MOORE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CORRECTIONAL OFFICER MENDOZA,<br><br>　　　　Defendant. | No. 2:20-cv-1397 TLN KJN P<br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. This case proceeds on plaintiff's claim that defendant Mendoza used unnecessary excessive force on plaintiff on July 15, 2019, at the California Medical Facility in the mental health crisis unit. On May 17, 2021, plaintiff filed a two-page document entitled "Plaintiff's Motion Requesting a Preliminary Injunction/Temporary Restraining Order (TRO)." (ECF No. 30.) However, plaintiff did not sign the motion. Parties proceeding without counsel are required to sign all pleadings, motions, and other papers submitted to the court for filing. Fed. R. Civ. P. 11(a). Thus, the court is unable to consider plaintiff's motion unless he signs and re-files the motion. Accordingly, plaintiff is provided an opportunity to re-file the motion bearing his signature. Failure to submit the signed motion will result in an order striking the unsigned motion from the record.

////

1

Therefore, IT IS HEREBY ORDERED that within fourteen days from the date of this order, plaintiff shall re-file the signed motion.

Dated: May 20, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/moor1397.r11