UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS J. MOORE, | No. 2:20-cv-01397-TLN-KJN |
| Plaintiff, | |
| v. | **ORDER** |
| CORRECTIONAL OFFICER MENDOZA, | |
| Defendants. | |

Plaintiff, a state prisoner proceeding *pro se*, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 10, 2021, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.[1]

///

///

---

[1] On June 28, 2021, plaintiff filed a document styled, "Money Settlements and Verdicts," but such filing does not address the pending findings and recommendations.

1

1   The Court has reviewed the file and finds the findings and recommendations to be
2 supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY
3 ORDERED that:
4   1. The findings and recommendations filed June 10, 2021, are ADOPTED IN FULL; and
5   2. Plaintiff's motions (ECF Nos. 30, 35) are DENIED.
6 DATED: July 30, 2021

Troy L. Nunley
United States District Judge